IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINWOOD DOTSON, individually** | : | **CIVIL ACTION NO. 08-3744** |
| **and on behalf of all others similarly** | : | |
| **situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PORTFOLIO RECOVERY ASSOCIATES,** | : | |
| **LLC** | : | |

## ORDER

AND NOW, this 3rd day of June, 2009, upon consideration of plaintiff's Motion to Certify Class (paper no. 15), plaintiff's Motion to Enlarge Time to File Reply Brief in Support of Motion for Class Certification (paper no. 17), and defendant's responses thereto, it is ORDERED that:

1. Plaintiff's Motion to Enlarge Time to File Reply Brief in Support of Motion for Class Certification (paper no. 17) is **DENIED** as moot because plaintiff filed a timely reply.

2. Plaintiff's Motion to Certify Class (paper no. 15) is **DENIED** for the reasons stated in the attached Opinion.

3. Plaintiff may proceed on his individual claim for relief.

/s/ Norma L. Shapiro
J.